UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-503-M |
| Plaintiff, | ) ) | |
| v. | ) ) | DETENTION ORDER |
| ANATOLIY A. KOSTAK, | ) ) | |
| Defendant. | ) ) | |

Offense charged:

Conspiracy to Smuggle Aliens; Conspiracy to Launder Monetary Instruments

Date of Detention Hearing:   Initial Appearance October 21, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant is charged in an Indictment from the Southern District of Florida, cause number 04-20631.

(2)   Defendant was not interviewed by Pretrial Services. His personal background, including ties to this District, are not known. His criminal history includes a prior illegal entry

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                               Rev. 1/91
PAGE 1

charge for which he was deported. He was born in the Ukraine. There is no additional information available regarding his personal history, residence, family ties, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

(3) The defendant does not contest detention at this time. He wishes to have the opportunity for appointed counsel in the Southern District of Florida be able to address the issue when he appears in that District.

(4) Defendant poses a risk of nonappearance due to lack of ties to this District, his apparent status as a native and citizen of the Ukraine, and a history of being deported. He poses a risk of danger due to the nature of the current charges.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
02     counsel for the defendant, to the United States Marshal, and to the United States
03     Pretrial Services Officer.

04 DATED this  21st  day of October, 2005.

        /s/ Mary Alice Theiler
        Mary Alice Theiler
        United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91